# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.                                            CASE NO. 8:05-mc-30-T-17-TGW

MICHAEL FLANAGAN
_____/

## **ORDER**

This cause comes before the Court on the defendant's appeal from order of magistrate court (Docket No. 9). The defendant asks this Court to modify the sentence imposed by the magistrate judge and reduce the term of probation, to have the term of probation end immediately. The Court has reviewed the transcript of the relevant hearing and the appeal from the order of the magistrate. The Court finds that it is in agreement with the magistrate judge's imposition of sentence in this case, one year of probation. Accordingly, it is

**ORDERED** that the appeal be (Docket No. 9) be **denied** and the imposition of sentence be confirmed.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 20th day of October, 2005.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record